(Rev. 12/15: Previous Versions are Obsolete)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

## COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

**Case Name:** Brenis Bostick    **Case No.** 2-17-20948    **Chapter** 13

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED: (Select either #1, #2 or #3)**

☑ **#1--Amendment** to previously filed document (Go to Sec. B)
☐ **#2--Schedule/Statement** not previously filed (Go to Sec. B)
☐ **#3–Schedule of Post-Petition Debts** (result of conversion–no fee due) (Go to Sec. D)

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**

☑ **Official Form 101:** ☐ Part 1  ☐ Part 2  ☐ Part 3  ☐ Part 4  ☑ Part 5  ☐ Part 6  ☐ Part 7
☐ **Official Form 106Sum:** Summary of Your Assets and Liabilities and Certain Statistical Information
☐ **Official Form 106Dec:** Declaration About an Individual Debtor's Schedules
☐ **Official Form 108:** Chapter 7 Statement of Intention for Individuals
☐ **Schedules:** (Please check schedules attached)
    ☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D (Go to Sec. C)    ☐ Schedule E/F (Go to Sec. C)
    ☐ Schedule G    ☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2
☐ **Statement of Financial Affairs**
☐ **Statement Pursuant to Rule 2016(b)**
☐ **Official Form 201:** ☐ Debtor's Name  ☐ Debtor's Address  ☐ Debtor's EIN  ☐ Other Names used by the Debtor
    ☐ Other _____
    (Please indicate the Question # from Form 201 that is being amended and a brief description)
☐ **Official Form 201A:** Ch. 11 Attachment to Voluntary Petition for Non-Individuals
☐ **Official Form 202:** Declaration Under Penalty of Perjury for Non-Individual Debtors
☐ **Creditor Matrix**
☐ **Chapter 13 Plan (Pre-confirmation):** ☐ Decrease Payments  ☐ Increase Payments  ☐ Increases length of plan
☐ **Other:** _____

*FOR CHANGES AFFECTING SCHEDULES D, E/ F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

**C. CREDITOR/SCHEDULE INFORMATION: (Select either #1, #2 or #3)**

☐ **#1--Creditors are being added or deleted by this amendment/schedule, AND**
    ☐ The $31.00 amendment fee is attached
    ☐ A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties **added** is attached.
    **Note: Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.**

☐ **#2--Schedule(s) of creditors** (Schedules D, E, F), list of creditors, matrix or mailing list is being amended for purposes other than adding or deleting creditors.
    ☐ The $31.00 fee is attached for this amendment [e.g. changing amount of a debt or classification of a debt].
    ☐ The $31.00 fee does not apply for this amendment [e.g. change of address of a creditor or change of attorney].

☑ **#3 – No Creditors are being added or deleted.**

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

**CERTIFICATION OF SERVICE:** Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY [Attorney or debtor(s), if pro se, must sign.]:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: **October 13, 2017**    Signature: **/s/ William C. Rieth, Esq.**
                                            William C. Rieth, Esq.

**DECLARATION OF DEBTOR(S): [Required if declaration is not completed on the document(s) itself or by separate instrument.]**
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of __ sheets, numbered 1 through __, and that they are true and correct to the best of my knowledge, information and belief.

Dated: **October 13, 2017**    Signature: **/s/ Brenis Bostick**    (debtor)
                                            Brenis Bostick