# TRUSTEE'S CONFIRMATION REPORT – 4/19/18

**DEBTOR:** Brenis Bostick  **CASE NO.:** 17-20948-PRW
**ATTORNEY:** William Rieth, Esq.  **ATTORNEY FEES:** $ 2500
Additional Attorney Fees: $

**I. TRUSTEE RECOMMENDATION:** _____ Plan Recommended   __X__ Plan Not Recommended

**II. PLAN FILED DATE:** 9/28/17 (ECF BK No. 14 )

A. **PAYMENTS:** $ Debtor to pay $15,000 to the Trustee from accumulated social security benefits

B. **REPAYMENT:**
| | | |
|---|---|---|
| To secured creditors | $20,439 | with interest $ 20,746 |
| To priority creditors | $ 2,210 | |
| To unsecured creditors | $ 0 | 100 % |
| General unsecured debt | $ 0 (uib) | |
| Duration of Plan | 1 | month |
| Total Scheduled Debt | $15,433 | incl. mortgages |

C. **FEASIBILITY:**
| | | | |
|---|---|---|---|
| Monthly Income | $30 | (net) $30 | (gross) |
| Less Estimated Expenses | $ 0 | | |
| Excess for Wage Plan | $30 | | |

D. **OBJECTIONS to Confirmation:** The amount of money to be paid from Mr. Bostick's accumulated benefits is not sufficient to pay the filed secured claims.

E. **Other comments:**
- [ ] risk factor 3 because of prior bankruptcies
- [ ] need judgments removed           [ ] need mortgages eliminated
- [ ] need appraisals of real estate and personal property   [ ] need motions to value collateral
- [ ] need certification of post petition DSO payments.   [ ] need proof of surrender efforts
- [ ] other:

**III. TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| ATF | $6968.18 | R/P taxes | Yes | Full + 0% | None needed |
| ATF | $1607.74 | R/P taxes | Yes | Full + 12% | None needed |
| ATF | $3952.92 | R/P taxes | Yes | Full + 18% | None needed |
| Monroe Cnty Treas | $ 522.86 | R/P taxes | Yes | Full + 18% | None needed |
| City of Roch | $7386.64 | R/P taxes | Yes | $5882.18 + 12% | None needed |
| City of Roch | | | | $1504.46 + 0% | None needed |

IV. SPECIAL PLAN PROVISIONS:

    A. CLASSIFICATION of unsecured creditors: *Not applicable*
        Class 1:     % $
        Class 2:     % $
        Class 3     % $

    B. Rejection of executory contracts:

    C. Other Plan Provisions:


V. BEST INTEREST TEST:
    A. All assets were listed.
    B. Total market value of assets:     $65,025
        Less valid liens     $13,223
        Less exempt property     $51,532
        (Available for judgment liens )
        Subtotal     $ 270
        Less est. Chapter 7 fees     $ 68
    C. Total available in liquidation     $ 202
    D. Best interests including present value     $ 202
        Less priority claims     $2210
        (Support $     )
    E. Amount due to unsecured     $ 0
    F. Amount to be distributed to unsecured creditors     $ 0

    G. Nature of major non-exempt assets:


VI. OTHER:
    A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D. Debtor requests no wage order because: __X___ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
    E. Converted from Chapter 7 because: Non Applicable.


                                /S/_____
                                GEORGE M. REIBER, TRUSTEE